ENGLISH, Respondent, v. SILL et al., Appellants.

*(Supreme Court, General Term, Fifth Department. June, 1892.)*

Action by William M. English against Henry S. Sill and James H. Lee and others.

No opinion. Motion for reargument or for leave to appeal to court of appeals denied. For decision on appeal, see 18 N. Y. Supp. 576.

---

FOLEY, Respondent, v. HUGHITT et al., Appellants.

*(Supreme Court, General Term, Fifth Department. June, 1892.)*

Action by John D. Foley against William E. Hughitt and another.

No opinion. Order appealed from affirmed, with $10 costs and disbursements of appeal.

---

GARTER, Respondent, v. NEW YORK CENT. & H. R. R. CO.

*(Supreme Court, General Term, Fifth Department. June, 1892.)*

Action by Miriam E. Garter against the New York Central & Hudson River Railroad Company.

No opinion. Judgment and order appealed from affirmed.

---

HUGHITT, Respondent, v. HAYES, Appellant.

*(Supreme Court, General Term, Fifth Department. June, 1892.)*

Action by Charles W. Hughitt against Frank M. Hayes.

No opinion. Judgment appealed from affirmed, with costs.

---

KETCHUM et al., Respondents, v. HERRINGTON, Appellant.

*(Supreme Court, General Term, Fifth Department. June, 1892.)*

Action by James E. Ketchum and others against Elizabeth A. Herrington.

No opinion. Motion for reargument denied. For decision on appeal, see 18 N. Y. Supp. 429.

---

LEONARD, Respondent, v. BIRDSALL, Appellant.

*(Supreme Court, General Term, Fifth Department. June, 1892.)*

Action by Elma Leonard against Charles S. Birdsall.

No opinion. Judgment and order appealed from affirmed.

---

LINDSAY, Respondent, v. TANSLEY, Appellant.

*(Supreme Court, General Term, Fifth Department. June, 1892.)*

Action by John Lindsay against Lute S. Tansley.

No opinion. Motion for reargument or for leave to appeal to court of appeals denied. For decision on appeal, see 18 N. Y. Supp. 317.

---

McAVOY, Respondent, v. NEW YORK CENT. & H. R. R. Co., Appellant.

*(Supreme Court, General Term, Fifth Department. June, 1892.)*

Action by Bridget McAvoy against the New York Central & Hudson River Railroad Company.

No opinion. Judgment and order appealed from affirmed.